UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERIO, INC., <br>       Plaintiff(s), <br>   v. <br> CURRICULA, LLC, <br>       Defendant(s). | No. C08-4788 BZ <br><br> **SCHEDULING ORDER** |

Plaintiff and third party defendant Tommy Tan have filed a motion to remand but failed to notice it for hearing. **IT IS THEREFORE ORDERED** as follows:

    1.  The opposition is due December 3, 2008.  Any reply shall be filed by **December 10, 2008**.

    2.  The motion will be heard on **January 7, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  November 14, 2008

                                          Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\AERIO V. CURRICULA\SCHEDULING ORDER.wpd

1